IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ALLANDRAUS CARSON                                                               PLAINTIFF

V.                                      NO.  3:09cv00084 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                         DEFENDANT

## JUDGMENT

Judgment is hereby entered in accordance with the Court's Memorandum Opinion and Order entered this date.  This case is hereby reversed and remanded for action consistent with the Court's opinion.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 9th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE